# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. CR413-127 |
| ) | |
| SONNY MICHAEL VASQUEZ ) | |

## REPORT AND RECOMMENDATION

On August 12, 2013 the Court ordered a forensic psychological examination of defendant Sonny Vasquez in accordance with 18 U.S.C. § 4241(a) and (b) to assess both his mental competency for trial and his criminal responsibility for the charged offense. (Doc. 32.) Pursuant to the Court's order, Vasquez was transported to the Federal Detention Center at Miami, Florida, where he underwent a comprehensive psychological evaluation. His evaluators found that he is competent to stand trial and that he was sane at the time of the offense. (Doc. 49.)

Both defendant and the government stipulate to the report's findings. (Doc. 50.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a

mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 17th day of December, 2013.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**