IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-127
)
SONNY MICHAEL VASQUEZ, )
)
Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 51). After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the opinion of the Court. Accordingly, the Court finds that Defendant Sonny Michael Vasquez is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 7th day of January 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA